UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN  DIVISION

NO. 2:11-CR-00003-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| DEVELLE TASHAWN BUNCH | |

On motion of the Defendant, Develle Tashawn Bunch, and for good cause shown, it is hereby

ORDERED that DE 51  be sealed until further notice by this Court.

IT IS SO ORDERED.

This 5th day of June, 2019.


_____
LOUISE WOOD FLANAGAN
United States District Judge